| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>McELROY, DEUTSCH, MULVANEY<br>& CARPENTER, LLP<br>1300 Mt. Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962<br>Gary D. Bressler<br>Virginia T. Shea<br>Telephone: (973) 425-8660<br>Facsimile: (973) 425-0161<br>E-mail: gbressler@mdmc-law.com<br>          vshea@mdmc-law.com<br><br>*Counsel for movant McElroy, Deutsch,*<br>*Mulvaney & Carpenter, LLP* | Order Filed on September 10, 2024<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>JOHN DUNLEA,<br><br>                                          Debtor. | Case No. 24-16863 (SLM)<br>Chapter 11<br>Hon. Stacey L. Meisel, U.S.B.J. |

## ORDER DISMISSING CASE PURSUANT TO 11 U.S.C.§ 1112(b)

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: September 10, 2024**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: John Dunlea
Case No.: 24-16863 (SLM)
Caption: Order Dismissing Case Pursuant to 11 U.S.C. § 1112(b)

**THIS MATTER** having come before the Court upon the application of creditor/movant McElroy, Deutsch, Mulvaney & Carpenter, LLP ("MDMC"), by and through its counsel, McElroy, Deutsch, Mulvaney & Carpenter, LLP (Gary D. Bressler, Esq. and Virginia T. Shea, Esq., appearing), requesting entry by the Court of an Order dismissing this Case pursuant to 11 U.S.C. § 1112(b); and the Court having considered in the pleadings in support of the application; and any opposition to the application; and for good cause shown; ✓ for the reasons set forth on the record

**IT IS THEREFORE ORDERED THAT:**

1. This Case is hereby dismissed pursuant to 11 U.S.C. § 1112(b) and shall be closed.

2. All Orders in this Bankruptcy Case shall survive dismissal of this Case.

3. The Debtor, John Dunlea, is hereby enjoined from filing a bankruptcy petition in this Bankruptcy Court or any other Bankruptcy Court, absent leave of Court, for one year from the date of this Order.

4. ~~Within thirty (30) days of the date of this Order, MDMC is hereby granted leave to file a motion pursuant to Fed. R. Bankr. P. 9011(c) seeking payment from the Debtor's bankruptcy counsel, Webber McGill LLC, for its attorney's fees and costs arising out of its efforts to seek dismissal of this Case.~° (JSLM 09/10/2024)

5. The Debtor shall pay any quarterly fees owed to the United States Trustee.

6. This Order shall be effective immediately upon entry.